UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CL

| | | |
|---|---|---|
| DIGITAL TECHNOLOGY LICENSING LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-5273 (SRC) (MAS) |
| | : | |
| T-MOBILE USA, INC., | : | District Judge Stanley R. Chesler |
| | : | Magistrate Judge Michael A. Shipp |
| Defendant. | : | |
| | : | |
| | x | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having been settled pursuant to a written Settlement Agreement between plaintiff Digital Technology Licensing LLC and defendant T-Mobile USA, Inc. and the undersigned counsel for the parties having herein consented to a dismissal of all of their claims and counterclaims and the within action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**IT IS** herein stipulated that the within action and claims and counterclaims of the parties are dismissed with prejudice and each party shall bear its own costs and attorneys' fees.

*For Plaintiff Digital Technology Licensing LLC*
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ  7090-1497
Tel:  908.654.5000
Fax:  908.654.7866

By: _____
        STEPHEN F. ROTH

Dated: 10/13/08

*For Defendant T-Mobile USA, Inc.*
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102
Tel:  973.622.3333
Fax: 973.622.3349

By: *Arnold Calmann*
        ARNOLD B. CALMANN

Dated: 10/14/08

929528_1.DOC

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.